UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEOGRAPHIC LOCATION INNOVATIONS LLC,

                  Plaintiff,

    v.

KJAER WEIS, LLC,

                  Defendant.

**ORDER**

21 Civ. 7645 (ER)

---

RAMOS, D.J.

    On September 13, 2021, Geographic Location Innovations LLC brought this action against Kjaer Weis, LLC for patent infringement. Doc. 1. Defendant was served on October 28, 2021 but has neither appeared nor responded to the Complaint. Doc. 11. Plaintiff is therefore directed to submit a status report regarding the case by **December 23, 2021**. Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.