IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC, | § § § |
| Plaintiff, | § Case No: 1:21-cv-07645-ER § |
| vs. | § PATENT CASE § |
| KJAER WEIS, LLC, | § § |
| Defendant. | § § § |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" and/or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Kjaer Weis, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 13, 2022.  Respectfully submitted,

/s/Jay Johnson
**JAY JOHNSON** *(Admitted PHV)*
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on January 13, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/Jay Johnson
**JAY JOHNSON** *(Admitted PHV)*